Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Attorney of Record: Amy Lynn Bennecoff Ginsburg (AB0891)
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BETH WIGHT**, | ) |
| | ) **Case No.:** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **COMPLAINT AND DEMAND** |
| **CAPITAL ONE**, | ) **FOR JURY TRIAL** |
| | ) |
| Defendant. | ) |

## COMPLAINT

BETH WIGHT ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against CAPITAL ONE ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331. See Mims v. Arrow Fin. Services, LLC, 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012).

3. Defendant conducts business in the Commonwealth of New Jersey and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Normandy Beach, New Jersey, 08739.

6. Plaintiff is a "person" as that term is defined by 47 U.S.C. § 153(39).

7. Defendant is a corporation that has its mailing address located at 1680 Capital One Drive, Mclean, VA 22101.

8. Defendant is a "person" as that term is defined by 47 U.S.C. §153(39).

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Plaintiff has a cellular telephone number that she has had for more than one year.

11. Plaintiff has only used this number as a cellular telephone number.

12. Beginning May 2015, Defendant called Plaintiff on her cellular telephone, on average, three (3) or more times a day.

13. Defendant also communicated to Plaintiff using an automatic telephone dialing system and automatic and/or pre-recorded messages.

14. Defendant's calls and voicemail messages would include a pre-recorded voice stating "This is Linda from Capital One. We have an important business matter to discuss".

15. Defendant's harassing calls derived from numbers including, but not limited to (800) 955-6600. The undersigned has confirmed that this number belongs to the Defendant.

16. Defendant's calls would include a noticeable ten to fifteen seconds of delay before Plaintiff would be transferred to one of Defendant's representatives.

17. Defendant's telephone calls were not made for "emergency purposes;" rather, Defendant was attempting to collect $1,000 for an account that Plaintiff has with Defendant.

18. On several occasions, included in early to mid-September 2015, Plaintiff spoke with Defendant and revoked any consent that may have been previously given to Defendant to call her cellular telephone number.

19. Plaintiff also specifically stated at that time that she could not afford to make any payments and would contact Defendant when she was able to make any payments.

20. Defendant proceeded to ignore Plaintiff's revocation and call her cellular telephone number at least fifty (50) times through November 2015.

21. After Defendant continued to call Plaintiff repeatedly on her cellular telephone, Plaintiff was forced to block calls from Defendant's phone numbers.

22. Upon information and belief, Defendant conducts business in a manner which violates the Telephone Consumer Protection Act.

## DEFENDANT VIOLATED THE
## TELEPHONE CONSUMER PROTECTION ACT

23. Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

24. Defendant initiated automated calls to Plaintiff using an automatic telephone dialing system and automatic and/or pre-recorded messages.

25. Defendant's calls to Plaintiff were not made for emergency purposes.

26. Defendant's calls to Plaintiff, in and after November 2015, were not made with Plaintiff's prior express consent.

27. Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of harassing Plaintiff.

28. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

29. As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and trebles damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, BETH WIGHT, respectfully prays for a judgment as follows:

a. All actual damages suffered pursuant to 47 U.S.C. § 227(b)(3)(A);

b. Statutory damages of $500.00 per violative telephone call pursuant to 47 U.S.C. § 227(b)(3)(B);

c. Treble damages of $1,500.00 per violative telephone call pursuant to 47 U.S.C. §227(b)(3);

d. Injunctive relief pursuant to 47 U.S.C. § 227(b)(3);

e. Any other relief deemed appropriate by this Honorable Court.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, BETH WIGHT, demands a jury trial in this case.

**ERTIFICATION PURSUANT TO L.CIV.R.11.2**

I hereby certify pursuant to Local Civil Rule 11.2 that this matter in controversy is not subject to any other action pending in any court, arbitration or administrative proceeding.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                  RESPECTFULLY SUBMITTED,

DATED: 04/29/2016                   KIMMEL & SILVERMAN, P.C.

                                       By: /s/ Amy L. Bennecoff Ginsburg
                                              AMY L. BENNECOFF GINSBURG, ESQ.
                                              Kimmel & Silverman, P.C.
                                              30 E. Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Fax: (877) 788-2864
                                              Email: aginsburg@creditlaw.com

PLAINTIFF'S COMPLAINT